PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-4206
_____


PATRICK S. CONNELLY,

Appellant

v.

THE STEEL VALLEY SCHOOL DISTRICT

_____


On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 11-cv-00851)
District Judge: Honorable Gary L. Lancaster
_____


Argued October 24, 2012

Before:  HARDIMAN, GREENAWAY, JR., and VANASKIE, *Circuit Judges*

_____

**ORDER AMENDING OPINION**
_____


IT IS HEREBY ORDERED that the opinion in the above case, filed January 24, 2013, be amended as follows:

Page 212, first column, line 28, which read:
> under the Privileges and Immunities Clause and denied him equal
> protection of the law.

shall read:
> under the Privileges or Immunities Clause and denied him equal protection
> of the law.


Page 212, second column, line 47, which read:
> in violation of the Privileges and Immunities Clause of Article IV (as
> incorporated through the Fourteenth Amendment) and the Equal Protection
> Clause.

shall read:
> in violation of the Privileges or Immunities Clause of the Fourteenth
> Amendment and the Equal Protection Clause.


Page 216, footnote 2, second column, line 7, which read:
> Privileges and Immunities Clause or the Equal Protection Clause.

shall read:
> Privileges or Immunities Clause or the Equal Protection Clause.

BY THE COURT,


/s/ Thomas M. Hardiman
Circuit Judge

DATED:  May 10, 2013

cc:  Samuel J. Corder, Esq.
     Christine T. Elzer, Esq.
     William C. Andrews, Esq.
     Anthony G. Sanders, Esq.
     Amie A. Thompson, Esq.

2